■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID SABINO, Appellant. [689 NYS2d 398] —Judgment, Supreme Court, New York County (Leslie Crocker Snyder, J.), rendered February 3, 1994, convicting defendant, upon his plea of guilty, of murder in the second degree, and sentencing him to a term of 17 years to life, unanimously affirmed.

We perceive no abuse of sentencing discretion. We have considered and rejected defendant's remaining claims, including those contained in his *pro se* supplemental brief. Concur—Rosenberger, J. P., Mazzarelli, Rubin, Andrias and Buckley, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLEVESTER HELPHILL, Appellant. [702 NYS2d 803] —Judgment, Supreme Court, New York County (Felice Shea, J.), rendered October 25, 1996, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 4½ to 9 years, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence. We see no reason to disturb the jury's determinations concerning credibility and identification. Concur—Rosenberger, J. P., Mazzarelli, Rubin, Andrias and Buckley, JJ.